UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDA BROWN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

Case No.   10-12960

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 28, 2011, judgment is entered in favor of defendant and against plaintiff.

DAVID WEAVER

Dated: November 28, 2011

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 28, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160